UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS R. HARPER,<br><br>      Movant,<br><br>  v.<br><br>DEPARTMENT OF DEFENSE,<br><br>      Respondent.<br>_____/ | No. C-12-80167 MISC EMC<br><br>**ORDER DENYING MOTION FOR ORDER PURSUANT TO CUSTOMER CHALLENGE PROVISIONS OF THE RIGHT TO FINANCIAL PRIVACY ACT**<br><br>**(Docket No. 1)** |

On July 16, 2012, movant Curtis Harper filed a "Motion for Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978." Docket No. 1. On July 19, 2012, the Court issued an order directing Mr. Harper to serve his motion on the Government as required by 12 U.S.C. § 3410(a). Docket No. 3. The Court gave Mr. Harper until July 23, 2012 to do so. Despite the Court's order, Mr. Harper has still not filed a certificate of service indicating that he served the Government as required by § 3410(a). Accordingly, the Court determines that Mr. Harper has failed to comply with the statutory requirements for his motion. Mr. Harper's motion is therefore **DENIED**. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: July 26, 2012

_____
EDWARD M. CHEN
United States District Judge