UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS R. HARPER,<br><br>    Movant,<br><br>    v.<br><br>DEPARTMENT OF DEFENSE,<br><br>    Respondent.<br>_____/ | No. C-12-80167 MISC EMC<br><br>**ORDER VACATING JULY 26, 2012 ORDER AND DIRECTING GOVERNMENT RESPONSE TO MOTION** |

On July 26, 2012, this Court denied Mr. Harper's Motion for Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978. Docket No. 4. The Court denied the motion because Mr. Harper had not provided the Court with any materials indicating he had served his motion on the Government as required by 12 U.S.C. § 3410(a). However, on July 31, 2012, Mr. Harper filed a response with the Court providing good cause for his delay in responding to the Court's prior order, and providing documentation demonstrating that the Department of Defense has received notice of his motion. Accordingly, with good cause shown, and in the interest of justice, the Court exercises its discretion to reopen this matter and **VACATES** its prior order denying Mr. Harper's motion. *See, e.g.*, Fed. R. Civ. P. 54(b); 60.

///

///

///

///

///

1      The Department of Defense is directed to file its sworn response to Mr. Harper's motion no
2 later than **September 7, 2012**. Because the Department of Defense has not yet appeared in this
3 matter, Mr. Harper is directed to serve this order on the government via registered or certified mail
4 no later than **August 24, 2012**. Thereafter, Mr. Harper shall file a proof of service with this Court.

6      IT IS SO ORDERED.

8 Dated: August 2, 2012

                                                 _____
                                                 EDWARD M. CHEN
                                                 United States District Judge